Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Frances E. Walker
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

　　v.

GREGORIO CANTU, and
███████████████,

　　　　　　Defendants.

1:22-cr-2109-SAB

INDICTMENT

Vio: 18 U.S.C. § 844(i)
Damage by Fire to Building or
Personal Property Used in
Interstate and Foreign
Commerce
(Counts 1-3)

18 U.S.C. §§ 982, 844, 28
U.S.C. § 2461
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

On or about June 27, 2022, in the Eastern District of Washington, the Defendants, GREGORIO CANTU and ███████████████████████████, did maliciously damage, by means of fire, the personal property of Lineage Logistics located at 62 Old Inland Empire Way, Grandview, Washington, which personal property was used in interstate and foreign commerce, and in an activity affecting interstate and foreign commerce, in violation of 18 U.S.C. § 844(i).

INDICTMENT – 1

## COUNT 2

On or about July 4, 2022, in the Eastern District of Washington, the Defendants, GREGORIO CANTU and ███████████████, did maliciously damage, by means of fire, the personal property of River Valley Fruit located at 108 Birch Avenue, Grandview, Washington, which personal property was used in interstate and foreign commerce, and in an activity affecting interstate and foreign commerce, in violation of 18 U.S.C. § 844(i).

## COUNT 3

On or about July 4, 2022, in the Eastern District of Washington, the Defendant, ███████████████, did maliciously damage, by means of fire, the building, real property, and personal property of Dollar Tree located at 614 E. Wine Country Road, Grandview, Washington, which building, real property, and personal property was used in interstate and foreign commerce, and in an activity affecting interstate and foreign commerce, in violation of 18 U.S.C. § 844(i).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 982(a)(2)(B), upon conviction of an offense(s) in violation of 18 U.S.C. § 844, as set forth in this Indictment, the Defendants GREGORIO CANTU and ███████████████, shall forfeit to the United States of America, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

INDICTMENT – 2

If any of the property described above, as a result of any act or omission of the Defendants:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

All pursuant to 18 U.S.C. § 844(c) and § 982(a)(2)(B), and 28 U.S.C. § 2461(c).

DATED this \_\_\_\_ day of November 2022.

            A TRUE BILL

            _____
            Foreperson

Vanessa R. Waldref
United States Attorney

Frances E. Walker
Assistant United States Attorney

INDICTMENT – 3