## CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. McAVOY, CLERK

**CASE NAME:** Gregorio Cantu                    **CASE NO.** 1:22-CR-2109-SAB-1

**TOTAL # OF COUNTS:** 2    ☑ **FELONY**    ☐ **MISDEMEANOR**    ☐ **PETTY OFFENSE**

| Count | Statute | Description of Offense | Penalty |
|-------|---------|------------------------|---------|
| 1 | 18 U.S.C. § 844(i) | Damage by Fire to Building or Personal Property Used in Interstate and Foreign Commerce | CAG not less than 5 years nor more than 20 years; $250,000 fine; 3 years of supervised release; and a $100 special penalty assessment |
| 2 | 18 U.S.C. § 844(i) | Damage by Fire to Building or Personal Property Used in Interstate and Foreign Commerce | CAG not less than 5 years nor more than 20 years; $250,000 fine; 3 years of supervised release; and a $100 special penalty assessment |
|   | 18 U.S.C. §§ 982, 844, 28 U.S.C. § 2461 | Forfeiture Allegations |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |