Gregory L. Scott
Attorney at Law
1118 Larson Building - P.O. Box 701
Yakima, WA  98907
Phone (509) 574-0991

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(Honorable Stanley A. Bastian)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-2109-SAB-1 |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| GREGORIO CANTU, | |
| Defendant | |

TO:     United States of America, Plaintiff; and

TO:     Assistant United States Attorney; and

TO:     Court Clerk

YOU ARE HEREBY NOTIFIED that Gregory L. Scott hereby appears as attorney for Defendant in the above-entitled action, and you are further notified that service of all further pleadings, notices, documents, or other papers herein, exclusive of process, may be had upon said Defendant by serving the undersigned attorney at his address below stated.

DATED this 10th day of November, 2022.

s/Gregory L. Scott
WSBA #17433
Attorney for Gregorio Cantu

NOTICE OF APPEARANCE- 1

I hereby certify that on November 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Frances E. Walker
Assistant United States Attorney
United States Attorneys Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901

                                                    s/Gregory L. Scott
                                                    WSBA #17433
                                                    Attorney for Gregorio Cantu
                                                    Scott Law Office
                                                    6 S. 2nd Street, Suite 1118
                                                    Yakima, WA 98901
                                                    Telephone: (509) 574-0991
                                                    Fax: (509)574-3177
                                                    Email: gregory@scottlaw.net

NOTICE OF APPEARANCE- 2