# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>-vs-<br>GREGORIO CANTU,<br><br>                         Defendant. | Case No.    1:22-CR-2109-SAB-1<br><br>CRIMINAL MINUTES<br>DATE:    MARCH 25, 2025<br><br>LOCATION:    YAKIMA, WA<br><br>SENTENCING HEARING |

| CHIEF JUDGE STANLEY A. BASTIAN | | | |
|---|---|---|---|
| Michelle Fox/Ruby Mendoza<br>**Courtroom Deputy** | 01<br>**Law Clerk** | **Interpreter** | Marilynn McMartin<br>**Court Reporter** |
| Benjamin Seal<br><br>**Government Counsel** | | Gregory Scott<br><br>**Defense Counsel** | |
| **United States Probation Officer:**    Jennifer Dykstra | | | |

[X] Open Court            [ ] Chambers            [ ] Telecon/Video

Defendant present and out of custody of the US Marshal.

Court addresses counsel.

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines. Court has reviewed all of the materials submitted and presentence report. Court has reviewed the presentence report. 19, I, no range because it is a 5-year mandatory minimum.

No objections to presentence report. Court adopts the presentence report.

B. Seal presents argument and outlines recommendation. Restitution: $3,811 444.24.
        Court asks if it should be joint and several. B. Seal states yes, it should be joint and several with co-defendant.

[ X ] ORDER FORTHCOMING

| Convened: 11:15 a.m. | Adjourned: 11:42 a.m. | Time: 27 min. | Calendared    [ X ] |
|---|---|---|---|

USA  -vs-  G. Cantu  
1:22-CR-2109-SAB-1  
Sentencing Hearing

March 25, 2025  
Page 2

G. Scott presents argument and outlines recommendations.  Recommending a medical facility.  Requesting the Court write a detailed letter to BOP explaining his medical issues.

Court asks if defendant is asking to self-report.  G. Scott indicates no, he is ready to go into custody today.  Court asks about a detailed letter, Court will send a letter however asks counsel to send a draft letter to the Court.

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant.  Court outlines the 3553 factors.  Mandatory minimum sentence required.

Imprisonment: 60 months.  Credit for time served.

Supervised Release:  3 years.  With all the standard conditions and the following special conditions:

1. You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

2. You must not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising officer.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

Court asks if defendant agrees to all conditions and does he waive the reading of the conditions.
	G. Scott indicates defendant waives reading the conditions.

SPA:  $100.00.

Restitution:  $3,811,444.24   Joint and Several with co-defendant Christopher Schlax.

Fine:  Waived.

Court will write a letter to BOP.

Waiver of right to appeal outlined.

B. Seal moves to dismiss counts.  Court grants Motion.

G. Scott states there are state charges. Hoping the charges will be dismissed but just in case, requesting to run sentence concurrent with state sentence.  Court asks the government if there is an objection.  B. Seal does object.
	Court will deny request.

Defendant is taken into custody by the U.S. Marshal.